**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Ernest F. Flores v. The State of Texas

Appellate case number:   01-12-00639-CR

Trial court case number: 1794642

Trial court:             County Criminal Court at Law No. 10 of Harris County

      Appellant Ernest F. Flores's motion for rehearing and change of notation is DENIED in full.

      It is so ORDERED.

Judge's signature: _/s/ Laura Carter Higley_____
               Acting for the Court

Date: _October 3, 2013_____